# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, *an Iowa Corporation*,<br><br>Defendant. | Case No. 4:21-cv-00335-RGE-SBJ<br><br>**CORPORATE DISCLOSURE STATEMENT** |
| ADELE HETZEL, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, *an Iowa Corporation*,<br><br>Defendant. | Case No. 4:21-cv-00341-RGE-SBJ |
| MARIBEL RAMIREZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, *an Iowa Corporation*,<br><br>Defendant. | Case No. 4:21-cv-00344-RGE-SBJ |

| | |
|---|---|
| BELINDA POWERS, *individually and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br><br> v.<br><br>MEREDITH CORPORATION, *an Iowa Corporation*,<br><br>Defendant. | Case No. 4:21-cv-00350-RGE-SBJ |
| SHARON MCKINNEY, *individually and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br><br> v.<br><br>MEREDITH CORPORATION, *an Iowa Corporation*,<br><br>Defendant. | Case No. 4:21-cv-00360-RGE-SBJ |
| CANDYCE MARTO-MAEDEL, *individually and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br><br> v.<br><br>MEREDITH CORPORATION, *an Iowa Corporation*,<br><br>Defendant. | Case No. 4:21-cv-00366-RGE-SBJ |
| NORMA GOLDBERGER, *individually and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br><br> v.<br><br>MEREDITH CORPORATION, *an Iowa Corporation*,<br><br>Defendant. | Case No. 4:21-cv-00367-RGE-SBJ |

| | |
|---|---|
| JULIE BEACH, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>    v.<br><br>MEREDITH CORPORATION, *an Iowa Corporation*,<br><br>Defendant. | Case No. 4:21-cv-00376-RGE-SBJ |

      As required by L.R. 7.1 and L.R. 81.c, .d, and .e, Defendant Meredith Corporation ("Meredith") provides the following information to the Court:

    1.     In a series of transactions completed on December 1, 2021, all of Meredith Corporation's assets relating to its corporate function and National Media Group business—including the publishing and magazine assets at issue in this litigation—were transferred to an entity named Meredith Operations Corporation.

    2.     Meredith Operations Corporation is a wholly owned subsidiary of Meredith Holdings Corporation. Meredith Holdings Corporation was acquired by Dotdash Media Inc. ("Dotdash"), a Delaware corporation that is a wholly owned subsidiary of IAC/Interactive Corporation ("IAC"), a publicly held corporation.

    3.     On December 1, 2021, Meredith Corporation merged with a subsidiary of Gray Television, Inc. and ceased to be an affiliate of Meredith Operations Corporation.

    4.     As the corporate parents of Meredith Operations Corporation and Meredith Holdings Corporation, Dotdash and IAC have a direct pecuniary interest in the outcome of this case.

5.      While Dotdash, IAC, and Meredith Holdings Corporation have a number of wholly owned subsidiaries, none of those (other than Meredith Operations Corporation) have a direct or indirect pecuniary interest in the outcome of this case.

6.      Meredith is not aware of any publicly held corporation that owns 10% or more of IAC's stock.

Dated:  December 10, 2021

BELIN McCORMICK, P.C.

By: */s/ David L. Charles*
　　　David L. Charles
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4658
dlcharles@belinmccormick.com

**COOLEY LLP**

Tiana A. Demas (*admitted pro hac vice*)
444 West Lake Street
Suite 1700
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
Email: tdemas@cooley.com

David E. Mills (*admitted pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: dmills@cooley.com

Joseph D. Mornin (*admitted pro hac vice*)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: jmornin@cooley.com

*Counsel for Defendant Meredith Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 10th day of December 2021, I caused a true and correct copy of the foregoing to be filed through the Court's CM/ECF System, which will automatically serve the below counsel of record:

| | |
|---|---|
| J. Barton Goplerud<br>Gary W. Kendell<br>SHINDLER, ANDERSON,<br>GOPLERUD & WEESE, P.C.<br>5015 Grand Ridge Drive<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>kendell@sagwlaw.com<br>Frank Hedin<br>Arun G. Ravindran<br>HEDIN HALL LLP<br>1395 Brickell Avenue, Suite 1140<br>Miami, Florida 33131<br>fhedin@hedinhall.com<br>aravindran@hedinhall.com | Mollie Pawlosky<br>DICKINSON, MACKAMAN,<br>TYLER & HAGEN, P.C.<br>699 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3986<br>mpawlosky@dickinsonlaw.com<br><br>Thomas L. Laughlin, IV<br>Joseph P. Guglielmo<br>Erin Green Comite<br>Sean T. Masson<br>Carey Alexander<br>SCOTT + SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>tlaughlin@scott-scott.com<br>jguglielmo@scott-scott.com<br>ecomite@scott-scott.com<br>smasson@scott-scott.com<br>calexander@scott-scott.com |

*/s/ David L. Charles*
David L. Charles
