IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARON McKINNEY, individually and on behalf of all others similarly situated.<br><br>　　　Plaintiff,<br><br>vs.<br><br>MEREDITH CORPORATION,<br><br>　　　Defendants. | CASE NO.  4:21-cv-00360-RGE-SBJ<br><br>NOTICE OF APPEARANCE |

　　　**COMES NOW** the undersigned attorney, J. Barton Goplerud, of the law firm of Shindler, Anderson, Goplerud, & Weese P.C., 5015 Grand Ridge Drive, West Des Moines, Iowa 50265, and hereby enters his Appearance in the above-captioned matter as one of the attorneys for the Plaintiffs.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ J. Barton Goplerud
　　　　　　　　　　　　　　　　　　　**J. Barton Goplerud, AT0002983**
　　　　　　　　　　　　　　　　　　　SHINDLER ANDERSON GOPLERUD &
　　　　　　　　　　　　　　　　　　　WEESE P.C.
　　　　　　　　　　　　　　　　　　　5015 Grand Ridge Drive, Suite 100
　　　　　　　　　　　　　　　　　　　West Des Moines, Iowa 50265-5749
　　　　　　　　　　　　　　　　　　　Telephone:　　(515) 223-4567
　　　　　　　　　　　　　　　　　　　Facsimile:　　　(515) 223-8887
　　　　　　　　　　　　　　　　　　　Email:　　　　goplerud@sagwlaw.com

　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, a true and correct copy of the foregoing was filed electronically to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ J. Barton Goplerud