IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHARON McKINNEY, individually and on behalf of all others similarly situated. Plaintiff, vs. MEREDITH CORPORATION, Defendants. | CASE NO. 4:21-cv-00360-RGE-SBJ NOTICE OF APPEARANCE |

**COMES NOW** the undersigned attorney, Gary W. Kendell, of the law firm of Shindler, Anderson, Goplerud, & Weese P.C., 5015 Grand Ridge Drive, West Des Moines, Iowa 50265, and hereby enters his Appearance in the above-captioned matter as one of the attorneys for the Plaintiffs.

Respectfully submitted,

/s/ Gary W. Kendell
**Gary W. Kendell AT0004203**
SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:   (515) 223-4567
Facsimile:    (515) 223-8887
Email:          kendell@sagwlaw.com

**ATTORNEY FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, a true and correct copy of the foregoing was filed electronically to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Gary W. Kendell